PROB 12C
(6/16)

Report Date: October 20, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 20, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Helene Marearetha Martensen | Case Number: 0980 2:25CR00004-MKD-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Spokane, Washington 99201 | |

Name of Sentencing Judicial Officer: The Honorable David C. Nye, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: March 16, 2021

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(A) | | |
| Original Sentence: | Prison - 90 months<br>TSR - 60 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: December 26, 2024 | |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: December 25, 2029 | |

## PETITIONING THE COURT

To issue a summons.

On December 30, 2025, the undersigned officer reviewed a copy of the conditions of supervision with Ms. Martensen as outlined in the judgment and sentence. Ms. Martensen acknowledged and understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervision and to a maximum of 5 periodic drug tests a month thereafter for the term of supervision as directed by the probation officer. The cost to be paid by both the defendant and the government based upon the defendant's ability to pay.<br><br>**Supporting Evidence**: Ms. Martensen allegedly violated the above-stated condition of supervision by using an illicit controlled substance, specifically methamphetamine, on or about September 21, 2025.<br><br>On October 2, 2025, Ms. Martensen disclosed her relapse with methamphetamine on or about September 21, 2025, to her mental health counselor. This information was then reported to the undersigned officer. When addressing Ms. Martensen's sobriety, she initially denied use, only to recant her denial shortly afterward.<br><br>On October 15, 2025, Ms. Martensen signed an admission of use form, confirming her use of methamphetamine on or about September 21, 2025. |

Prob12C
**Re: Martensen, Helene Marearetha**
**October 20, 2025**
Page 2

| | | |
|---|---|---|
| | 2 | **Mandatory Condition #3**: You shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervision and to a maximum of 5 periodic drug tests a month thereafter for the term of supervision as directed by the probation officer. The cost to be paid by both the defendant and the government based upon the defendant's ability to pay. |

**Supporting Evidence**: Ms. Martensen allegedly violated the terms of her supervised release by consuming a controlled substance, specifically methamphetamine, on or about October 8, 2025.

On October 8, 2025, Ms. Martensen was asked to provide a random urine sample. The sample tested presumptive positive for methamphetamine. Ms. Martensen signed an admission of use form, confirming her use of controlled substances. The urine sample was sent to Alere Laboratory for further testing.

On October 15, 2025, the Alere Laboratory confirmed Ms. Martensen's urine sample was positive for methamphetamine.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/20/2025

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*m. k. Dimke*

Signature of Judicial Officer

October 20, 2025

Date