PROB 12C
(6/16)

Report Date: November 5, 2025

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 12, 2025**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Helene Marearetha Martensen     Case Number: 0980 2:25CR00004-MKD-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable David C. Nye, Chief U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: March 16, 2021

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(A) | |
| Original Sentence: | Prison - 90 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: December 26, 2024 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: December 25, 2029 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 10/20/2025.

On December 30, 2024, the undersigned officer reviewed a copy of the conditions of supervision with Ms. Martensen as outlined in the judgment and sentence. Ms. Martensen acknowledged and understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #3**: You shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervision and to a maximum of 5 periodic drug tests a month thereafter for the term of supervision as directed by the probation officer. The cost to be paid by both the defendant and the government based upon the defendant's ability to pay.<br><br>**Supporting Evidence**: Ms. Martensen allegedly violated the above-stated condition of supervision by using an illicit controlled substance, specifically methamphetamine, on or about October 22, 2025.<br><br>On October 23, 2025, Ms. Martensen provided a random urine sample at Pioneer Human Services. The sample tested presumptive positive for methamphetamine. Ms. Martensen signed an admission of use form, confirming her use of controlled substances. The urine sample was sent to Alere Laboratory for further testing. |

Prob12C
Re: Martensen, Helene Marearetha
November 5, 2025
Page 2

On October 29, 2025, the Alere Laboratory confirmed Ms. Martensen's urine sample tested positive for methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  11/05/2025

s/Mark E. Hedge

Mark E Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

November 12, 2025
Date